UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GEOFFREY ROBERT LARSON SR.,

          Petitioner,

   v.

JAMES KEY,

          Respondent.

CASE NO. 3:18-cv-05998-RSL-BAT

**ORDER REGARDING EXTENSION, LAPTOP AND RECONSIDERTION OF DENIAL OF INJUNCTION**

Before the Court is petitioner's motion for a fifth extension to reply to respondent's 2019 response and an "injunction" ordering the prison to provide him petition with a laptop with Lexis/Westlaw access and computer accessories. Dkt. 39. This federal habeas action has languished. After granting petitioner four extensions to reply to respondent's January 2019 response, the matter was noted for July 10, 2020 as ready for the Court's consideration. However, on June 26, 2020 petitioner filed the present motion for a 6 month extension to reply. *Id*. Petitioner has had 19 months to reply to respondent's argument the habeas petition should be dismissed as untimely. The Court accordingly grants petitioner an extension to **November 23, 2020** to file a reply to respondent's response. No further extensions to reply will be granted and the clerk shall note the matter for **November 26, 2020** as ready for the Court's consideration.

      Petitioner also moves the Court to order the prison to provide him a personal laptop

ORDER REGARDING EXTENSION,
LAPTOP AND RECONSIDERTION OF
DENIAL OF INJUNCTION - 1

installed with Lexis Nexis and Westlaw. Dkt. 39. The Court denied petitioner's prior motions requesting the same relief on two occasions and accordingly again denies the request. The Court also notes petitioner mentions he lacks copies of Docket Numbers 34 and 37. In sum, the Court ORDERS:

1. Petitioner's reply to respondent's response is due **November 23, 2020**. No further extensions will be allowed and the clerk shall note the matter for **November 26, 2020** as ready for the Court's consideration.

2. The request the prison provide petitioner with computer equipment is denied.

3. The Clerk shall provide petitioner with copies of pleadings filed at Dkts. 34 and 37.

4. The Clerk shall provide a copy of this order to the parties.

DATED this 26th day of October, 2020.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge